# Exhibit 2



**Carissa Ross**
Counsel, Merchandising
Phone: 937-941-7621
Email: Carissa.Ross@7-11.com

**VIA FEDEX OVERNIGHT**

Michael Chamberlain
COO and President Redbox Service
One Tower Lane, Suite 900
Oakbrook Terrace, Illinois 60181

June 26, 2023

Dear Mr. Chamberlain:

The purpose of this letter is to formally notify Redbox Automated Retail, LLC ("Redbox") of its ongoing breach of its payment obligations under the Kiosk Operating Agreement dated January 1, 2015, as amended (the "Agreement"), between Redbox, 7-Eleven, Inc. ("7-Eleven"). Previous attempts by 7-Eleven's staff to seek payment through their customary channels of communication with Redbox have been unsuccessful.

As of the date of this letter, the following payments are overdue to 7-Eleven:

$30,375.87 for the month of March 2023

$40,900.08 for the month of April 2023

7-Eleven requests immediate payment all of amounts that are past due for March and April as stated above and the timely payment of $37,0335.19 for May 2023 on or before June 30, 2023. If past due payments are not received by June 30, 2023, the Agreement will be terminated, and Redbox will be asked to initiate the process of removing kiosks from all current 7-Eleven and affiliated locations. Any questions about these obligations or payment arrangements should be directed to me at the email address or phone number listed above.

This letter is not a waiver of any provision of the Agreement and 7-Eleven reserves its right to pursue all available rights or remedies in connection with Redbox's current or future breaches of the Agreement.

Sincerely,

Carissa Ross/aa
Carissa Ross, Counsel

Cc: Scott Coburn/Randi Lieske at 7-Eleven via email
George Latzo via email at glatzo@redbox.com
Jason Whalum via email at jwhalum@redbox.com
Fred Stein via FedEx Overnight

7-Eleven, Inc.
3200 Hackberry Road / Irving, TX 75063
Mailing Address: P.O. Box 711 / Dallas, TX 75221-0711
972-828-7011



**Carissa Ross**
Counsel, Merchandising
Phone: 937-941-7621
Email: Carissa.Ross@7-11.com

**VIA FEDEX OVERNIGHT**

Legal Department
Attention: Fred Stein
One Tower Lane, Suite 900
Oakbrook Terrace, Illinois 60181

June 26, 2023

Dear Mr. Stein:

The purpose of this letter is to formally notify Redbox Automated Retail, LLC ("Redbox") of its ongoing breach of its payment obligations under the Kiosk Operating Agreement dated January 1, 2015, as amended (the "Agreement"), between Redbox, 7-Eleven, Inc. ("7-Eleven"). Previous attempts by 7-Eleven's staff to seek payment through their customary channels of communication with Redbox have been unsuccessful.

As of the date of this letter, the following payments are overdue to 7-Eleven:

$30,375.87 for the month of March 2023

$40,900.08 for the month of April 2023

7-Eleven requests immediate payment all of amounts that are past due for March and April as stated above and the timely payment of $37,0335.19 for May 2023 on or before June 30, 2023. If past due payments are not received by June 30, 2023, the Agreement will be terminated, and Redbox will be asked to initiate the process of removing kiosks from all current 7-Eleven and affiliated locations. Any questions about these obligations or payment arrangements should be directed to me at the email address or phone number listed above.

This letter is not a waiver of any provision of the Agreement and 7-Eleven reserves its right to pursue all available rights or remedies in connection with Redbox's current or future breaches of the Agreement.

Sincerely,

Carissa Ross, Counsel /cq

Cc: Scott Coburn/Randi Lieske at 7-Eleven via email
George Latzo via email at glatzo@redbox.com
Jason Whalum via email at jwhalum@redbox.com
Michael Chamberlain via FedEx Overnight

7-Eleven, Inc.
3200 Hackberry Road / Irving, TX 75063
Mailing Address: P.O. Box 711 / Dallas, TX 75221-0711
972-828-7011