# Exhibit 3



**Carissa Ross**
Counsel, Merchandising
Phone: 937-941-7621
Email: Carissa.Ross@7-11.com

**VIA UPS OVERNIGHT**
August 28, 2023

Michael Chamberlain
COO and President Redbox Service
One Tower Lane, Suite 900
Oakbrook Terrace, Illinois 60181

Re: Notice of Termination of Kiosk Operating Agreement dated January 1, 2015 (the Agreement")

Dear Mr. Chamberlain:

Further to our previous notice of breach of contract sent to you on June 26, 2023, the purpose of this letter is to formally notify Redbox Automated Retail, LLC ("Redbox") of 7-Eleven, Inc.'s termination of the Agreement effective immediately.

7-Eleven requests immediate payment all of amounts that are past due, including all commissions earned between March, 2023 through the date of this Agreement. In addition, please contact 7-Eleven immediately upon receipt to discuss the prompt removal of Redbox kiosks or any related equipment from all current locations. Any questions about these obligations or payment arrangements should be directed to Scott Coburn (scott.coburn@7-11.com), Randi Lieske (Randi.lieske@7-11.com), or me at the email address or phone number listed above.

This letter is not a waiver of any provision of the Agreement and 7-Eleven reserves its right to pursue all available rights or remedies in connection with the Agreement.

Sincerely,

*Carissa Ross*

Carissa Ross, Counsel

Cc:   Scott Coburn/Randi Lieske at 7-Eleven via email
      George Latzo via email at glatzo@redbox.com
      Jason Whalum via email at jwhalum@redbox.com
      Fred Stein via UPS Overnight

7-Eleven, Inc.
3200 Hackberry Road / Irving, TX 75063
Mailing Address: P.O. Box 711 / Dallas, TX 75221-0711
972-828-7011