IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 7-Eleven, Inc. | ) | |
| | ) | Case No.  24 C 4741 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Redbox Automated Retail, LLC | ) | |

## ORDER

    Zoe Stendara's motion for leave to appear pro hac vice on behalf of 7-Eleven, Inc. [5] is granted.  Cole B. Ramey's motion for leave to appear pro hac vice on behalf of 7-Eleven, Inc. [6] is granted.

Date:  June 11, 2024                                   /s/ Martha M. Pacold